# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sarah Kathleen Hixson,

    Plaintiff(s),

vs.

Liberty Life Assurance Company of Boston et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv235

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2009 Order.

Signed: April 23, 2009

Frank G. Johns, Clerk
United States District Court